IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| DUANE "DOG" CHAPMAN and BETH CHAPMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> MAUREEN KEDES KRUTONOG, fka MAUREEN KEDES; VERTEX COMMUNICATIONS LLC, a limited liability company, DOE DEFENDANTS 1-20, DOE CORPORATIONS 1-20 and DOE PARTNERSHIPS 1-20, <br><br> Defendants. | CIVIL NO. 08-00552 HG-LEK |

**FINDING AND RECOMMENDATION TO GRANT DEFENDANTS'
MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT
OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

Before the Court is Defendants Maureen Kedes Krutonog, formerly known as Maureen Kedes, and Vertex Communications, LLC's (collectively "Defendants") Motion to Transfer Venue to the Central District of California Pursuant to 28 § U.S.C. § 1404(a) ("Motion"), filed on December 31, 2009. Plaintiffs Duane "Dog" Chapman and Beth Chapman's (collectively "Plaintiffs") a statement of no opposition on February 10, 2010. The Court finds this matter suitable for disposition without a hearing pursuant to Rule LR7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawai'i ("Local Rules"). Insofar as the Motion is unopposed, and having

considered the relevant factors, see Jones v. GNC Franchising, Inc., 211 F.3d 495, 498-99 (9th Cir. 2000), this Court HEREBY FINDS AND RECOMMENDS that Defendants' Motion should be GRANTED.

The parties are advised that any objection to this Finding and Recommendation is due seventeen calendar days after being served with a copy of this Findings and Recommendation. See Fed. R. Civ. P. 5(b)(2) & 6(d); Local Rule LR74.2. If an objection is filed with the district court, it shall be captioned "Objections to Magistrate Judge's Findings and Recommendation." A copy of the objection shall be served on all parties.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, March 10, 2010.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge


**DUANE "DOG" CHAPMAN, ET AL. V. MAUREEN KEDES KRUTONOG, ET AL; CIVIL NO. 08-00552 HG-LEK; FINDING AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**